# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| KEVIN JOHNSON, individually and on Behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHOP-VAC CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:19-cv-14834-BRM-DEA<br><br>**ORDER** |

**THIS MATTER** comes before the Court by a Motion for Reconsideration (ECF No. 20) filed by Defendant Shop-Vac Corporation ("Shop-Vac"), pursuant to Local Civil Rule 7.1 seeking reconsideration of the June 29, 2020 Opinion and Order (ECF Nos. 18-19), which dismissed nine of Plaintiff Johnson's ("Johnson") eleven claims. Johnson opposes the motion. (ECF No. 21.) Having reviewed the parties' submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying opinion, and for good cause shown,

　　**IT IS** on this 26th day of February 2021,

　　**ORDERED** that Shop-Vac's Motion to for Reconsideration (ECF No. 20) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　*/s/ Brian R. Martinotti*　　　　　　
　　　　　　　　　　　　　　　　　　　　　**HON. BRIAN R. MARTINOTTI**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**