# Buchanan Ingersoll & Rooney PC

Christopher J. Dalton
973-424-5614
christopher.dalton@bipc.com

550 Broad Street, Suite 810
Newark, New Jersey 07102

T 973-273-9800
F 973-273-9430
www.bipc.com

March 22, 2021

**VIA CM/ECF**
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court
For the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

     Re:    Johnson v. Shop-Vac Corp.
                 Case No. 3:19-cv-14834-BRM-DEA
                 *Text Order for Telephone Status Conference*

Dear Judge Arpert:

     This firm represents Defendant Shop-Vac Corporation in this matter. I write regarding the Court's text order (DE 28) for a status call on Thursday March 25, 2021 at 10:30 a.m. Unfortunately, I and my co-counsel, Michael Shortnacy of King & Spalding, both have conflicts Thursday. We have conferred with Plaintiff's counsel, Frederick Klorczyk, and all counsel are available on Wednesday March 31, 2021, after 1 p.m. If the Court could reschedule to the call to that afternoon, we can make ourselves available.

                                             Respectfully submitted,

                                             *Christopher J. Dalton*

                                             Christopher J. Dalton

CJD/

cc:    All Counsel (via ECF)