# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN JOHNSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>SHOP-VAC CORPORATION,<br><br>                Defendant. | Case No. 3:19-cv-14834-BRM-DEA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE** |

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: fklorczyk@bursor.com

*Attorneys for Plaintiff*

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff Kevin Johnson hereby dismisses, with prejudice, all claims against Defendant.  Each party shall bear its own costs.

Dated:  July 7, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:      /s/ Frederick J. Klorczyk III
          Frederick J. Klorczyk III

Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail:  fklorczyk@bursor.com

*Attorneys for Plaintiff*

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
Dated:  July 8, 2021